**Timothy R. Volpert**, OSB No. 814074
Email: tim@timvolpertlaw.com
Tim Volpert PC
610 SW Alder Street, Suite 415
Portland, Oregon 97205
Telephone: (503) 703-9054

**Ethan Levi**, OSB No. 994255
Email: ethan@lmhlegal.com
**Jesse Merrithew**, OSB No. 074564
Email: jesse@lmhlegal.com
**Noah Horst**, OSB No. 076089
Email: noah@lmhlegal.com
Levi Merrithew Horst PC
610 SW Alder Street, Suite 415
Portland, Oregon 97205
Telephone: (971) 229-1241
Facsimile: (971) 544-7092

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| **DONNA THAMES, COLUMBIA BAR & GRILL, INC.**, an Oregon corporation, *dba* **EXOTICA**<br><br>                       Plaintiffs,<br><br>        vs.<br><br>**CITY OF PORTLAND, a municipal corporation; CHARLES HALES; OREGON LIQUOR CONTROL COMMISSION; STEVEN MARKS; JOHN ECKHART; DAVID LUSTER; JEFFREY BELL; SHANNON HOFFEDITZ; DAN NCNEAL; MIKE BOYER; MERLE LINDSEY; MARK KRUGER; AMY ARCHER; JASON TALLMADGE**<br><br>                       Defendants. | Case No.: 3:16-cv-01634-JR<br><br>**PLAINTIFF'S UNOPPOSED MOTION TO SUBSTITUTE PARTY** |

## LR 7-1 CERTIFICATION

Pursuant to LR 7-1, counsel certifies that he conferred with opposing counsel for all parties regarding this motion and no party objects to this motion.

## MOTION

Plaintiff Donna Thames died intestate on June 12, 2019. On November 14, 2019, Donna Thames' father, C.L. Thames was appointed by the Washington County Circuit Court as the personal representative of his daughter's estate. *See In the matter of the estate of Donna Thames*, Washington County Court No. 19PB08829. Both of Ms. Thames' adult children expressly approved of the appointment. Therefore, plaintiff now moves the court under Fed. R. Civ. P. 25(a)(1) to substitute "C.L. Thames, as personal representative of the estate of Donna Thames" in the place of Donna Thames.

**DATED** this 5th day of December, 2019.

By: /s Jesse Merrithew
**Jesse Merrithew**, OSB No. 074564
**Of Attorneys for Plaintiffs**