IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION


DONNA THAMES, COLUMBIA
BAR & GRILL, INC., an Oregon
Corporation, *dba* EXOTICA,

No. 3:16-cv-01634-JR

        Plaintiffs,

ORDER

   v.

CITY OF PORTLAND, a municipal
Corporation; STEVEN MARKS; JOHN
ECKHART; DAVID LUSTER;
JEFFREY BELL; SHANNON
HOFFEDITZ; DAN MCNEAL; MIKE
BOYER; MERLE LINDSEY; MARK
KRUGER; JASON TALLMADGE,

        Defendants.


HERNÁNDEZ, District Judge:

1 - ORDER

Magistrate Judge Jolie Russo issued a Findings and Recommendation on October 25, 2019, in which she recommends that the Court grant Defendants Eckhart, Hoffeditz, Lindsey, Marks, McNeal, and Tallmadge's Motion to Confirm Representation of Columbia Bar and Grill or to Dismiss [124]. Defendant City of Portland joined in the motion [127, 133]. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

Because no party objected to the Magistrate Judge's Findings and Recommendation, the Court is relieved of its obligation to review the record *de novo*. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, I find no error.

## CONCLUSION

The Court adopts Magistrate Judge Russo's Findings and Recommendation [134]. Accordingly, the Motion to Confirm Representation of Columbia Bar and Grill or to Dismiss [124] is granted, and Plaintiff Columbia Bar & Grill is DISMISSED with prejudice.

IT IS SO ORDERED.

DATED: December 15, 2019.

*Marco Hernández*
MARCO A. HERNÁNDEZ
United States District Judge

2 - ORDER